DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL DEMEO,**
Appellant,

v.

**ROBERT GOLD,**
Appellee.

No. 4D16-3900

[October 5, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. DVCE 16002008.

Bryan Raymond, West Palm Beach, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***